# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| MARY PERKINS WHITE<br><br>                      Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE LLC, et al.,<br><br>                      Defendants. | NO. CV 11-05439-RBL<br><br>STIPULATION AND ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT, GMAC MORTGAGE LLC, PURSUANT TO GR 2(g)(4)(A)<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 17, 2011** |

## STIPULATION

Defendant, GMAC Mortgage LLC ("GMACM"), and the parties hereto, have stipulated to the withdrawal of attorneys of record in this matter for GMACM, Ann T. Marshall and Roy T. J. Stegena of Bishop, White, Marshall & Weibel, P.S., and to the substitution of new counsel below:

    William G. Fig
    Sussman Shank LLP
    1000 SW Broadway, Suite 1400
    Portland, OR 97205
    Telephone: (503) 227-1111
    Email: Billf@sussmanshank.com

Ann T. Marshall, as indicated in the attached certification, that this stipulation and proposed order has been served upon her client, GMACM, and that GMACM has consented to the same.

| | |
|---|---|
| STIPULATION AND ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT, GMAC MORTGAGE LLC, PURSUANT TO GR 2(g)(4)(A)- 1<br>Case No. CV 11-05439-RBL | BISHOP WHITE, MARSHALL & WEIBEL, P.S.<br>720 OLIVE WAY, SUITE 1201<br>SEATTLE, WASHINGTON 98101-1801<br>206/622.5306 FAX:206/622-0354 |

| | |
|---|---|
| 1 | STIPULATED AND AGREED this 17th day of August, 2011. |
| 2 | |
| 3 | __s/_____ |
| 4 | Christopher E. Green, WSBA 19410 |
| | chris@myfaircredit.com |
| 5 | 601 Union Street, Suite 4285 |
| | Seattle, WA 98101 |
| 6 | Telephone: 206-686-4558 |
| | Facsimile: 206-686-2558 |
| 7 | Attorneys for Plaintiff |
| | Mary Perkins White |
| 8 | |
| 9 | __s/_____ |
| 10 | Frederick B. Rivera, WSBA 23008 |
| | FRivera@perkinscoie.com |
| 11 | Amanda J. Beane, WSBA 33070 |
| | ABeane@perkinscoie.com |
| 12 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4800 |
| 13 | Seattle, WA 98101-3099 |
| | Telephone: 206-359-8000 |
| 14 | Facsimile: 206-359-9000 |
| | Attorneys for Defendant |
| 15 | Green Tree Servicing LLC |
| 16 | __s/_____ |
| 17 | Ann T. Marshall, WSBA 23533 |
| | AMarshall@bwmlegal.com |
| 18 | Roy Stegena WSBA 36402 |
| | RStegena@bwmlegal.com |
| 19 | BISHOP, WHITE, MARSHALL & |
| | WEIBEL, P.S. |
| 20 | Telephone: 206-622-5306 |
| | Facsimile: 206-622-0354 |
| 21 | Withdrawing Attorneys for Defendant GMAC Mortgage, LLC |

_____s/_____
William G. Fig, WSBA 33943
BillF@susssmanshank.com
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Telephone: 503-227-1111
Facsimile: 503-248-0130
Substituting Attorney for Defendant GMAC Mortgage, LLC

### [PROPOSED] ORDER

Based upon the foregoing stipulation and the certification of counsel, it is hereby

**ORDERED** that Ann T. Marshall and Roy T. J. Stegena, of Bishop, White, Marshall & Weibel, P.S., are hereby withdrawn as counsel of record for Defendant GMAC Mortgage, LLC, and William G. Fig of Sussman Shank LLP is hereby substituted as counsel of record for Defendant GMAC Mortgage, LLC.

DATED this 22nd day of August 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT, GMAC MORTGAGE LLC, PURSUANT TO GR 2(g)(4)(A)- 3
Case No. CV 11-05439-RBL

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622-0354